

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Barker, Appellant

No. 06-12-00198-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law 2 of Hunt County, Texas (Tr. Ct. No. CR1102039). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, David Barker, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 17, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk